BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| RALPH BLAKE JAMES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:11-cv-1380-EFB <br><br> ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    Defendant, through his counsel, requests that the time for responding to Plaintiff's Motion for Summary Judgment and Brief in Support be extended by 30 days from January 18, 2012 to February 17, 2012. Plaintiff, through counsel, indicates that he does not oppose Defendant's request.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defendant needs the additional time to

further review the file and prepare a response in this matter inasmuch as the previously assigned attorney became unavailable on short notice and a new Special Assistant United States Attorney was assigned to the case shortly before the Commissioner's brief was due.

Dated: January 18, 2012         BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                           By:  /s/ Donna W. Anderson
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                Attorneys for Defendant

IT IS SO ORDERED.

Dated: January 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE